UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CHARLES WILLIAMS** | **CIVIL ACTION** |
| **VERSUS** | **NO. 24-011** |
| **TIM HOOPER, WARDEN LOUISIANA STATE PENITENTIARY** | **SECTION "I"(4)** |

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the United States Magistrate Judge's Report and Recommendation, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion in this matter.  Therefore,

**IT IS ORDERED** that Charles Williams's petition for issuance of a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 is **DENIED** and **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 10th day of April, 2024.

_____
**LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE**